```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                    Case No. 20-01082-HWV
Ronald D Sisti                                            Chapter 13
Holly A. Sisti
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: AutoDocke        Page 1 of 2          Date Rcvd: Apr 27, 2020
                             Form ID: ntcnfhrg       Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2020.
```
db/jdb        +Ronald D Sisti,   Holly A. Sisti,   21 Santa Maria Avenue,   Camp Hill, PA 17011-7320
5314948       +BJ's,   Acct No 5358 7820 0442 9338,   Comenity Bank,   P.O. Box 182120,
               Columbus, OH 43218-2120
5314949       +Bureau of Account Management,   Acct No 3072,   3607 Rosemont Avenue,
               Camp Hill, PA 17011-6904
5314952       +CitiCards,   Acct No 9992,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
5314951       +CitiCards,   Acct No 5424 1811 9842 1328,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
5314953       +CitiCards,   Acct No 5424 1813 6224,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
5314955       +FNB Omaha,   Acct No 3532 6471 071 8401,   P.O. Box 3412,   Omaha, NE 68197-0001
5314954      #+First Credit Services,   Acct No XN9766,   377 Hoes Lane,   Suite 200,
               Piscataway, NJ 08854-4155
5314956       +GM Card,   Acct No 5499 4411 7696 4495,   Capital One,   P.O. Box 30281,
               Salt Lake City, UT 84130-0281
5320489       +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
               c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
5322258       +Lakeview Loan Servicing, LLC,   PO Box 840,   Buffalo, NY 14240-0840
5314958      #+Leopold & Associates, PLLC,   Acct No 12866,   564 Old York Road,   Suite 3,
               Etters, PA 17319-9536
5314960       +MRS BPO, LLC,   Acct No LU45003452,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
5314961        New Cumberland F.C.U.,   Acct No 8800 50900,   P.O. Box 658,   New Cumberland, PA 17070-0658
5314963       +Radius Global Solutions,   Acct No 005-F81970840,   P.O. Box 390905,
               Minneapolis, MN 55439-0905
5314964        Ram World,   Acct No 5523 7992 6288 8401,   First Bankcard,   P.O. Box 2557,
               Omaha, NE 68103-2557
5314965        Sears,   Acct No 5121 0720 3191 5087,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
5314966       +Second Round LP,   Acct No 3810791,   P.O. Box 41955,   Austin, TX 78704-0033
5314967        The Home Depot,   Acct No 6035 3208 7296,   Citibank, N.A,   5800 S Corporate Place,
               Sioux Falls, SD 57108-5027
5314968        Wells Fargo,   Acct No 4465 4203 5236 5647,   Cash Wise Visa,   P.O. Box 522,
               Des Moines, IA 50306-0522
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 19:55:01
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5314947        E-mail/Text: rmcollections@belco.org Apr 27 2020 19:48:23     Belco Community Credit Union,
               Acct No 1050148**,   449 Eisenhower Boulevard,   Suite 200,   Harrisburg, PA 17111
5314950        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 27 2020 19:55:46     Chase Slate,
               Acct No 4185 8622 9245 4156,   JP Morgan Chase Bank,   P.O. Box 15548,
               Wilmington, DE 19886-5548
5314957        E-mail/Text: bncnotices@becket-lee.com Apr 27 2020 19:51:10     Kohl's Department Store,
               Acct No 6393 0506 9228 ****,   P.O. Box 3043,   Milwaukee, WI 53201-3043
5314959        E-mail/Text: camanagement@mtb.com Apr 27 2020 19:51:21     M&T Bank,   Acct No 0091190538,
               P.O. Box 900,   Millsboro, DE 19966
5314962       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 19:55:49
               Portfolio Recovery Associates,   Dept 922,   P.O. Box 4115,   Concord, CA 94524-4115
5321941        E-mail/Text: bnc-quantum@quantum3group.com Apr 27 2020 19:51:28
               Quantum3 Group LLC as agent for,   Second Round Sub LLC,   PO Box 788,
               Kirkland, WA  98083-0788
5317292       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 19:55:51
               The Bureaus, Inc.,   c/o PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
                                                                            TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          James M Bach    on behalf of Debtor 2 Holly A. Sisti JMB@JamesMBach.com,
           staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
          James M Bach    on behalf of Debtor 1 Ronald D  Sisti JMB@JamesMBach.com,
           staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ronald D Sisti,

      **Debtor 1**

Holly A. Sisti,
fka Holly A. Seilhamer,

      **Debtor 2**

Chapter       13

Case No.     1:20−bk−01082−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 3, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 10, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JoanGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 27, 2020 |

ntcnfhrg (03/18)