UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RONALD D. SISTI and       : CHAPTER 13
HOLLY A. SISTI           :
    Debtor(s)            :
                             :
    CHARLES J. DEHART, III     :
    STANDING CHAPTER 13 TRUSTEE :
    Movant              :
                             :
    vs.                 :
                             :
    RONALD D. SISTI and       :
    HOLLY A. SISTI           :
    Respondent(s)        : CASE NO.   1-20-bk-01082

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

      AND NOW, this   23rd   day of April, 2020, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

      1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.   More
specifically,

      Trustee alleges and avers that debtor(s)' disposable income is greater than that
which is committed to the plan based upon the Means Test calculation and specifically disputes the
following amounts:

        a.  Educational expenses – Line 20 or 29.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                  Respectfully submitted:


                  /s/Charles J. DeHart, III
                  Standing Chapter 13 Trustee
                  8125 Adams Drive, Suite A
                  Hummelstown, PA 17036
                  (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this  4th  day of May, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Bach, Esquire
352 S. Sporting Hill Road
Mechanicsburg, PA   17050

                                   /s/Deborah A. Behney
                                   Office of Charles J. DeHart, III
                                   Standing Chapter 13 Trustee