In re:  Case No. 20-01082-HWV
Ronald D Sisti  Chapter 13
Holly A. Sisti
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 27, 2023     Form ID: pdf010     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald D Sisti, Holly A. Sisti, 21 Santa Maria Avenue, Camp Hill, PA 17011-7320 |
| 5314948 | + | BJ's, Acct No 5358 7820 0442 9338, Comenity Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5314949 | + | Bureau of Account Management, Acct No 3072, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |
| 5314961 | | New Cumberland F.C.U., Acct No 8800 50900, P.O. Box 658, New Cumberland, PA 17070-0658 |
| 5314964 | | Ram World, Acct No 5523 7992 6288 8401, First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 5314968 | | Wells Fargo, Acct No 4465 4203 5236 5647, Cash Wise Visa, P.O. Box 522, Des Moines, IA 50306-0522 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2023 18:53:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5314947 | | Email/Text: rmcollections@belco.org | Jan 27 2023 18:48:00 | Belco Community Credit Union, Acct No 1050148**, 449 Eisenhower Boulevard, Suite 200, Harrisburg, PA 17111 |
| 5327120 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2023 18:53:17 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5314951 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 18:53:18 | CitiCards, Acct No 5424 1811 9842 1328, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 5314952 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 18:53:18 | CitiCards, Acct No 9992, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 5314953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 18:53:19 | CitiCards, Acct No 5424 1813 6224 ****, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 5314955 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 27 2023 18:49:00 | FNB Omaha, Acct No 3532 6471 071* 8401, P.O. Box 3412, Omaha, NE 68197 |
| 5323425 | ^ | MEBN | Jan 27 2023 18:43:41 | First National Bank of Omaha, c/o BQ & Associates, PC, LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 5314956 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 18:53:02 | GM Card, Acct No 5499 4411 7696 4495, Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5314950 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2023 18:53:15 | Chase Slate, Acct No 4185 8622 9245 4156, JP Morgan Chase Bank, P.O. Box 15548, Wilmington, DE 19886-5548 |
| 5320489 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2023 18:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5314957 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2023 18:49:00 | Kohl's Department Store, Acct No 6393 0506 9228 ****, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 5323310 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2023 18:53:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5322258 | ^ | MEBN | Jan 27 2023 18:43:40 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 5314959 | | Email/Text: camanagement@mtb.com | Jan 27 2023 18:49:00 | M&T Bank, Acct No 0091190538, P.O. Box 900, Millsboro, DE 19966 |
| 5314960 | ^ | MEBN | Jan 27 2023 18:43:39 | MRS BPO, LLC, Acct No LU45003452, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5325831 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 18:53:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5314962 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 18:53:03 | Portfolio Recovery Associates, Dept 922, P.O. Box 4115, Concord, CA 94524-4115 |
| 5321941 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2023 18:49:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5314963 | + | Email/Text: ngisupport@radiusgs.com | Jan 27 2023 18:49:00 | Radius Global Solutions, Acct No 005-F81970840, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 5314965 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 18:53:06 | Sears, Acct No 5121 0720 3191 5087, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 5314966 | + | Email/Text: bankruptcy@second-round.com | Jan 27 2023 18:49:00 | Second Round LP, Acct No 3810791, P.O. Box 41955, Austin, TX 78704-0033 |
| 5317292 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2023 18:53:17 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5314967 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 18:53:18 | The Home Depot, Acct No 6035 3208 7296 ****, Citibank, N.A, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 5326422 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 27 2023 18:53:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5314954 | ##+ | First Credit Services, Acct No XN9766, 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |
| 5314958 | ##+ | Leopold & Associates, PLLC, Acct No 12866, 564 Old York Road, Suite 3, Etters, PA 17319-9536 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023　　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| James M Bach | on behalf of Debtor 2 Holly A. Sisti JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| James M Bach | on behalf of Debtor 1 Ronald D Sisti JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re

| | | |
|---|---|---|
| RONALD D. SISTI | : | |
| HOLLY A. SISTI | : | CHAPTER 13 |
| Debtors | : | |
| | : | Case No. 1:20-bk-01082-HWV |
| | : | |

**ORDER**

UPON CONSIDERATION OF the within **MOTION TO WITHDRAW AND/OR DISMISS CHAPTER 13 BANKRUPTCY**, it is hereby ordered and directed as follows:

1. The Chapter 13 Petition filed by Ronald D. Sisti and Holly A. Sisti on 03/20/2020 is dismissed.

2. Trustee Jack Zaharopoulos is relieved of his duties, effective immediately.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 27, 2023